**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RICHARD OPRENCHAK, JR.

                  Plaintiff,

v.

SAFECO INSURANCE GROUP ET AL,
LIBERTY MUTUAL INDIVIDUAL GROUP ET
AL, AMERCIAN ECONOMY INSURANCE ET
AL, THEODORE CRANFORD, JORY JENSEN,
AND JANE DOE,

                  Defendants.

Civil No. 25-3631 (JRT/DLM)

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION**

---

Richard Oprenchak, Jr., 10215 32 Avenue North, Plymouth, MN 55441, pro se Plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Douglas L. Micko dated October 15, 2025 (Docket No. [3]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

1. This matter be **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

-2-

DATED: February 18, 2026                                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                           JOHN R. TUNHEIM
                                                             United States District Judge